1   **STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
    James F. Holtz, Esq.
2   Nevada Bar No. 8119
    Scott J. Ingold, Esq.
3   Nevada Bar No. 11818
    1120 Town Center Drive, Suite 200
4   Las Vegas, Nevada  89144
    Telephone:     (702) 304-1803
5   Facsimile:     (702) 304-1822
    jholtz@stutzartiano.com
6   singold@stutzartiano.com

7   Attorneys for Defendant WALGREEN CO.
    and DAVIS ESTATES LTD.

8

9

10

11                          **UNITED STATES DISTRICT COURT**

12                          **FOR THE DISTRICT OF NEVADA**

13   LISA SCHMITZ,                          | Case No. 2:13-cv-01193-JCM-PAL

14              Plaintiff,                   | **STIPULATION AND ORDER FOR**
                                             | **DISMISSAL WITH PREJUDICE**
15   v.

16   WALGREEN CO., a Foreign Corporation;
     DAVIS ESTATES LTD., a Foreign
17   Corporation; DOES I through X; and ROE
     CORPORATIONS I through X, inclusive,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

G:\DATA\1329\96\PL\S0172121.WPD

0

1    IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled

2    matter, *Lisa Schmitz v. Walgreen Co.*, et al., filed on April 17, 2013 in Clark County District Court

3    as Case No. A-13-680330-C, and removed to the United States District Court for the District of

4    Nevada as Case No. 2:13-cv-01193-JCM-PAL, be dismissed with prejudice, each party to bear

5    its own costs and attorney's fees.

6

7    DATED: February 24, 2014                        DATED: March 14, 2014

8    HENNESS & HAIGHT                                STUTZ ARTIANO SHINOFF & HOLTZ
                                                      A Professional Corporation
9         /s/ David Martin
                                                           /s/ James F. Holtz
10   By:_____                      By:_____
        Stephen M. Shulman                              James F. Holtz
11      Nevada Bar No. 12093                            Nevada Bar No. 8119
        David J. Martin                                 Scott J. Ingold
12      Nevada Bar No. 9117                             Nevada Bar No. 11818
        8972 Spanish Ridge Avenue                       1120 Town Center Drive, Suite 200
13      Las Vegas, NV 89148                             Las Vegas, Nevada  89144
        (702) 862-8200; Fax: (702) 862-8204            (702) 304-1803; Fax: (702) 304-1822
14      stephen@hennessandhaight.com                 Attorneys for Defendant WALGREEN CO.
        david@hennessandhaight.com                   and DAVIS ESTATES LTD.
15   Attorneys for Plaintiff LISA SCHMITZ

16

17

18                                          **ORDER**

19
     Upon the stipulation of the parties entered into above,
20
         IT IS HEREBY ORDERED that the above-entitled matter against Defendants is hereby
21
     dismissed with prejudice, with each party to bear their own costs and attorney's fees.
22

23   DATED  March 14, 2014.

24

25   _____
     UNITED STATES DISTRICT COURT JUDGE
26

27

28

G:\DATA\1329.96\PL\S0172121.WPD

                                            1

1  **STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
   James F. Holtz, Esq.
2  Nevada Bar No. 8119
   Scott J. Ingold, Esq.
3  Nevada Bar No. 11818
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada  89144
   Telephone:     (702) 304-1803
5  Facsimile:     (702) 304-1822
   jholtz@stutzartiano.com
6  singold@stutzartiano.com

7
                    UNITED STATES DISTRICT COURT
8                    FOR THE DISTRICT OF NEVADA
                    CASE NO.: 2:13-cv-01193-JCM-PAL
9
                 **CERTIFICATE OF ELECTRONIC SERVICE**
10
11         Pursuant to LR 5-4, I hereby certify that on the March 14, 2014, I served a true and

12  correct copy of the above and foregoing **STIPULATION AND ORDER FOR DISMISSAL**

    **WITH PREJUDICE** via CM/ECF described above on designated recipients through electronic
13
    transmission of said documents, a certified receipt is issued to filing party acknowledging receipt
14
    by CM/ECF's system.  Once CM/ECF has served all designated recipients, proof of electronic
15
    service is returned to the filing party.
16

17
    On:
18
    Stephen M. Shulman, Esq.
19  David Martin, Esq.
    HENNESS & HAIGHT
20  8972 Spanish Ridge Avenue
    Las Vegas, NV 89148
21  Tel: (702) 862-8200; Fax: (702) 862-8204
    stephen@hennessandhaight.com
22  david@hennessandhaight.com

23  *Attorneys for Plaintiff*

24

25  _____
    Jennifer L. Wolber
26  An Employee of STUTZ ARTIANO SHINOFF & HOLTZ

27

28

                                        2